

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00500-CR

**IN RE** Sean **MCNAMARA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DISMISSED AS MOOT

Relator, Sean McNamara, filed his petition for writ of mandamus, emergency motion for temporary relief, and mandamus record on June 24, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition, the motion, and the record provided, this court concludes that McNamara has not shown that he is entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion for temporary relief is dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of a filing tendered for docketing in Medina County Texas.